UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$35,000.00 U.S. CURRENCY,<br><br>    Defendant. | NO. CV-05-3102-RHW<br><br>**DECREE OF FORFEITURE** |

Before the Court is the parties' Stipulated Motion for Entry of Decree of Forfeiture (Ct. Rec. 3). Plaintiff, United States of America, filed a Verified Complaint for Forfeiture *in Rem* on November 4, 2005, alleging that the defendant property was subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A).

The Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355. Venue is proper pursuant to 28 U.S.C. § 1395. The defendant property is described as follows:

> $35,000.00 U.S. currency, representing property involved in and traceable to violations of 18 U.S.C. § 1957, money laundering.

On November 4, 2005, in a Stipulation for Decree of Forfeiture between the United States and Robert Rogers, the United States and Mr. Rogers agreed to the forfeiture of $30,000.00 to settle this civil forfeiture case. Mr. Rogers agreed in said Stipulation for Decree of Forfeiture to the entry of a decree of forfeiture forfeiting the $30,000.00 to the United States of America, upon notice but without hearing.

It appearing to the Court that the United States and Mr. Robert Rogers

DECREE OF FORFEITURE * 1

agreed in the stipulation filed herein, to the forfeiture of $30,000.00 to settle this civil case;

It also appearing to the Court that Mr. Rogers has provided the United States the $30,000.00, in accordance with the Stipulation for Decree of Forfeiture;

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that the $30,000.00 is hereby forfeited to the United States;

IT IS FURTHER ORDERED that the United States Marshals Service shall dispose of the $30,000.00 in accordance with law.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 27th day of November, 2006.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2005\$35,000\decree.ord.wpd

DECREE OF FORFEITURE * 2